RECEIVED
IN LAKE CHARLES, LA

MAY - 3 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| AUTUMN KLOSTERMAN HARRISON | : | DOCKET NO. 2:05 CV 0408 |
| VS. | : | JUDGE MINALDI |
| CHRISTUS ST. PATRICK HOSPITAL, ET AL | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED that the Motion to Dismiss pursuant to Fed.R.Civ.P. 12(b)(6) [doc. 9] filed by the defendants, Christus St. Patrick Hospital, Christus Health Southwestern Louisiana, and Christus Health IS GRANTED.

IT IS FURTHER ORDERED that the plaintiff's claims are DISMISSED WITH PREJUDICE.

Lake Charles, Louisiana, this 2 day of May, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE